UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD EMANUEL BLACKBURN (#98338)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 14-31-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 8, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction and the *Motion for Partial Summary Judgment*[3] filed by Defendant, Travis Day, is granted, dismissing the Plaintiff's claims asserted against this Defendant under the ADA and RA, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and this action is referred back for further proceedings in connection with the Plaintiff's claim arising under 42 U.S.C. § 1983 that the Defendants have violated his Eighth Amendment constitutional rights by exhibiting deliberate indifference to the Plaintiff's serious medical needs.

Baton Rouge, Louisiana the 2 day of February, 2015.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 35.
[3] Rec. Doc. 14.