UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD EMANUEL BLACKBURN (#098338)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 14-31-SDD-RLB

RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 22, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims asserted against Steve Rader, Janet Lorena, Angelo Tarver, and Debbie Weber shall be dismissed for failure of the Plaintiff to timely serve these Defendants as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the *Motion for Summary Judgment*[3] of the remaining Defendant, Travis Day, shall be granted, dismissing the Plaintiff's claims asserted against this Defendant, with prejudice, and this action shall be dismissed.

Baton Rouge, Louisiana the 24 day of February, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 40.
[3] Rec. Doc. 38.